# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> OMERO BANDERAS-RODRIGUEZ, <br><br> Defendant. | Case No. CR 19-84-GF-BMM-2 <br><br> **ORDER VACATING TRIAL DATE AND SETTING CHANGE OF PLEA HEARING** |

Defendant, having filed a Motion to Enter Guilty Plea;

IT IS HEREBY ORDERED that the final pretrial conference and jury trial in this matter for this Defendant, are VACATED;

IT IS FURTHER HEREBY ORDERED that a Change of Plea Hearing shall be and is hereby scheduled for Thursday, February 6, 2020 at 1:30 p.m.

DATED this 28th day of January, 2020

_____
Brian Morris
United States District Court Judge

1